IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

      v.            No. 13-50034-006

PAUL PITTS                                                                       DEFENDANT

### **O R D E R**

The defendant agreed at the arraignment on an indictment conducted this date to waive the issue of detention pending the final disposition of the case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 6th day of May, 2013.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE